UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, a foreign Corporation,

        Plaintiff,

v.

WADE McGRADY, MVP LIMO, LLC and
BLAKE W. MOSSHOLDER,

        Defendants.

Case No. 2:16-cv-11437
Hon. Robert H. Cleland

Magistrate Judge Anthony P. Patti

---

**CARY R. BERLIN (P64122)**
**PAUL H. JOHNSON, JR. (P26871)**
**Patrick, Johnson & Mott, P.C.**
Attorneys for Allstate
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
(248) 356-8590
cberlin@pjmpc.com

**STEPHEN R. BOEHRINGER (P65482)**
**The Law Offices of Catherine Gofrank**
Attorneys for MVP Limo LLC
625 Kenmoor Ave SE Suite 212
Grand Rapids, Michigan 49546-2395
(616) 942-4224
sboehrin@travelers.com

**WADE McGRADY**
2816 Milford Street
Lansing, Michigan 48906

**MICHAEL E. LARKIN (P40994)**
**Sinas Dramis Brake Boughton & Mcintyre PC**
Attorney for Blake Mossholder
3380 Pinetree Rd
Lansing, Michigan 48911
(517) 394-7500
mikelarkin@sinasdramis.com

---

### ALLSTATE'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Allstate Property and Casualty Insurance Company, through its attorneys, Patrick, Johnson & Mott, P.C., hereby dismisses the above-captioned action without prejudice.

                                                  Respectfully submitted,

                                                  **PATRICK, JOHNSON & MOTT, P.C.**

                                                  *s/ Cary R. Berlin*
                                                  Attorneys for Plaintiff
                                                  27777 Franklin Road, Suite 1400
                                                  Southfield, Michigan 48034
                                                  (248) 356-8590
                                                  cberlin@pjmpc.com
Date: April 22, 2016                           P64122